**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERLINDA ROBLES GOMEZ., <br><br>                Plaintiff, <br>     v. <br><br> BUILDING INDUSTRY CREDIT ASSOCIATION; JENNY SIELES, DOES 1–30, inclusive <br><br>                Defendants. | Case No. 2:13-cv-05483-ODW(JCx) <br><br> **ORDER TO SHOW CAUSE RE. FAILURE TO FILE 26(f) REPORT** |

On September 4, 2013, the Court issued an Order setting a Scheduling Conference, which requires the parties to submit a jointly signed report to the Court no less than 7 days before the Scheduling Conference. (ECF No. 13.)

The Order provides, "**The failure to submit a joint report in advance of the Scheduling Conference . . . may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions.**"

The parties in this action have failed to comply with the Court's Order. To date, a joint report has not been filed with the Court. Accordingly, the Court **ORDERS** the parties to show cause in writing on or before **Thursday, November 14, 2013**, why this action should not be dismissed for failure to comply with the Court's Order. No hearing will be held.

/ / /

The Court will discharge this Order upon the filing of the jointly signed report. Failure to timely respond will result in dismissal of this case.

**IT IS SO ORDERED.**

November 12, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**